IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00042-MSK-MEH

HIGHLINE CAPITAL CORP.,

    Plaintiff,

v.

CMFEF PROPERTY HOLDINGS, LLC, d/b/a Lakeside Inn Hope Hull, and
CALVIN FOWLER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 2, 2009.**

    Plaintiff's Motion to Vacate Rule 16(b) Scheduling Conference [filed April 1, 2009; docket #19] is **granted**. Plaintiff shall file a Status Report within five (5) days of the District Court's order on the Recommendation filed March 23, 2009 [docket #17].