IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  09-cv-00042-MSK-MEH | Date:   November 10, 2009 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| HIGHLINE CAPITAL CORP., | Harvey L. Kramer |
| Plaintiff, | |
| vs. | |
| CMFEF PROPERTY HOLDINGS, LLC, and CALVIN FOWLER, | (No appearance) |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING – Motion for Entry of Default Judgment Against CMFEF Property Holdings, LLC, d/b/a Lakeside Inn Hope Hull and Calvin Fowler Pursuant to Fed. R. Civ. P. 55(b) [Doc. #25, filed 9/3/09]**

**Court in session:       10:12 a.m.**

Court calls case.  Appearance of counsel.

10:14 a.m.     Larry E. Lorenzen is sworn, examined, and questioned by the Court. Plaintiff's Exhibits 1, 2, 3, 4, 5, 6, and 7 are identified.

10:29 a.m.     Witness is excused.

The Court takes the motion under advisement.

**Court in recess:       10:30 a.m.   (Hearing concluded)**
**Total time in court:**  0:18