IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00042-MSK-MEH

HIGHLINE CAPITAL CORP.,

      Plaintiff,

v.

CMFEF PROPERTY HOLDINGS, LLC, d/b/a Lakside Inn Hope Hull, and
CALVIN FOWLER,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 20, 2009.**

      Plaintiff's Motion for Admission of Exhibits [filed November 19, 2009; docket #39] is **granted**. The exhibits attached to the motion are admitted into evidence with respect to Plaintiff's Motion for Default Judgment.